JS-6<br>Admin Close

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANFENG ZHAO,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK B. GARLAND, ET AL.,<br><br>Defendants. | No. 5:24-cv-01409-JGB (DTBx)<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION** |

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that the instant action shall be stayed until November 26, 2025.

Dated: November 26, 2024

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE